UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

HIMELDA MENDEZ, *on behalf of all other persons*
*similarly situated*,

         Plaintiff,

    -against-

ANNTAYLOR, INC.,

        Defendant.
---------------------------------------------------------------X

:
:
:
:
:
:
:
:
:
:
:
:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/2020

1:19-cv-10625-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

  On April 24, 2020, the Court issued a memorandum opinion and order, granting Defendant's

motion to dismiss Plaintiff's first amended complaint. Dkt. No. 24. The Court's order granted Plaintiff

leave to file an amended complaint within fifteen days. *Id.* at 3-4. Therefore, Plaintiff's second amended

complaint was due no later than May 9, 2020. As of the date of this order, the Court has not received

Plaintiff's amended complaint.

  Accordingly, the Clerk of Court is directed to enter judgment in favor of Defendant, terminate

all pending motions, adjourn all deadlines, and to close this case.

  SO ORDERED.

Dated: May 11, 2020

            _____
              GREGORY H. WOODS
             United States District Judge