**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

HIMELDA MENDEZ, *on behalf of all other persons similarly situated*,

                     Plaintiff,

    -against-                             19 **CIVIL** 10625 (GHW)

                                       **<u>JUDGMENT</u>**

ANNTAYLOR, INC.,

                     Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 11, 2020, Judgment is entered in favor of Defendant, and this case is closed.

**Dated:**  New York, New York

      May 11, 2020

                                                      **RUBY J. KRAJICK**

                                                   _____
                                                   Clerk of Court
                       **BY:**
                                                   Deputy Clerk